# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2018

## NO. 03-17-00520-CR

**Gregory James Dalton, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment and sentence to reflect that appellant was convicted of a capital felony. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.